**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Docket No: 0972 1:21CR00028-001 |
| Francisco Martinez Gonzalez Jr | ) |

On August 6, 2018, the above-named was sentenced to Supervised Release in the Central District of California, for a period of four years. Supervision commenced on October 21, 2020. Jurisdiction was transferred to the Eastern District of California on January 29, 2021.

Mr. Gonzalez has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. The AUSA stated that they do not object to the request for early termination. It is accordingly recommended that Mr. Gonzalez be discharged from supervision.

**Respectfully submitted,**                                    **Reviewed by,**

*Marissa Frazure*                                                  *[signature]*

**Marissa Frazure**                                              **Adam Tunison**
**United States Probation Officer Assistant**       **Supervising United States Probation Officer**

**Dated:**   October 13, 2023
             Bakersfield, California
             MF

**Re:**     **Francisco Martinez Gonzalez Jr**
        **Docket Number:   0972 1:21CR00028-001**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Francisco Martinez Gonzalez Jr be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

    Dated:    <u>October 18, 2023</u>

                                               UNITED STATES DISTRICT JUDGE